UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Byron A.,

Petitioner,

v.

Pamela Bondi, Attorney General; Kristi Lynn Arnold Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,

Respondents.

Civ. No. 26-1365 (PAM/JFD)

**ORDER**

**IT IS HEREBY ORDERED that**:

1. On or before **February 27, 2026**, Respondents shall provide a supplemental brief, which is to include:

    a. Respondents' view as to the reason for the termination of Petitioner's parole under 8 U.S.C. § 1182(d)(5)(A) and the Department of Homeland Security's authority to do so;

    b. Whether Petitioner's recent conviction in Scott County, Minnesota, has any bearing on this matter; and

    c. A detailed explanation as to whether Petitioner may subject to mandatory detention under 8 U.S.C. § 1225(b)(1) as an arriving alien.

2. If Petitioner intends to file a response to Respondents' supplemental brief, he must do so by no later than **March 1, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: February 25, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge