# UNITED STATES DISTRICT COURT
## District of Minnesota

## JUDGMENT IN A CIVIL CASE

Byron Elvis Alvarez Bravo,

Petitioner(s),

v.

Case Number: 26-cv-1365 PAM/JFD

Pamela Bondi, Kristi Lynn Arnold Noem, Todd M. Lyons and David Easterwood,

Respondent(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. The Petition (Docket No. 1) is **DENIED**; and
2. This action is **DISMISSED without prejudice.**

Date: 3/4/2026

KATE M. FOGARTY, CLERK